**LAW OFFICE OF BRAD MCCLELLAN**
2904 BOWMAN AVENUE
AUSTIN, TEXAS 78703

ACCEPTED
15-25-00026-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/2/2025 3:13 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/2/2025 3:13:44 PM
CHRISTOPHER A. PRINE
Clerk

July 2, 2025

The Honorable Clerk for the Fifteenth Court of Appeals     *Via efiling/eservice*
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701
P.O. Box 12852
Austin, Texas 78711
(512) 463-1610

Re: Case No. 15-25-00026-CV  Dr. Eric Vanderwerff, D.C.,  Appellant v.  v. Texas Department of Insurance - Division of Workers' Compensation, DWC, and DWC Commissioner Jeff Nelson in his Official Capacity; **Request for Link to Access Sealed Records**

Dear Clerk for the 15th Court of Appeals,

Thank you and your staff for your fine public service.  Please consider this a request for an email link for all the sealed records in this matter believed to be the reporter's records.  The District Clerk's record is available thru the attorney portal. Appellant wants to make sure the sealed records correspond to what is in Appellant's possession and are marked the same for reference. The email address is brad.mcclellan@yahoo.com for Appellant's attorney.

Please call me at 512-694-8843 or email me at brad.mcclellan@yahoo.com , and please let me know if you have any questions or concerns.

Thanks,

 /s/Brad McClellan
Brad McClellan
Board Certified in Workers' Compensation Law,
Texas Board of Legal Specialization
State Bar No. 13395980
2904 Bowman Avenue

Austin, Texas, 78703
Phone: 512-694-8843
Fax: (512) 564-4284
Brad.McClellan@yahoo.com
Counsel for Appellant

## CERTIFICATE OF SERVICE

   I certify that the foregoing and attached was served on all parties of record pursuant to Rules of Civil Procedure on July 2, 2025, via email/eservice as indicated:

Lauren McGee                                    *Via eservice and email*
Assistant Attorney General
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-3203
Lauren.mcgee@oag.texas.gov
Attorney for Appellees


   /s/ Brad McClellan
Bradley Dean McClellan

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bradley McClellan on behalf of Bradley McClellan
Bar No. 13395980
brad.mcclellan@yahoo.com
Envelope ID: 102710512
Filing Code Description: Letter
Filing Description: Letter Requesting Access to Sealed Records
Status as of 7/2/2025 3:37 PM CST

Associated Case Party: Eric Vanderwerff

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brad McClellan | | brad.mcclellan@yahoo.com | 7/2/2025 3:13:44 PM | SENT |

Associated Case Party: Texas Department of Insurance-Division of Workers Compensation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lauren McGee | | lauren.mcgee@oag.texas.gov | 7/2/2025 3:13:44 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 7/2/2025 3:13:44 PM | SENT |